JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Janine Thomas,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Empire Springs Charter School,<br><br>　　　　　Defendant. | Case No. EDCV 19-1891 JGB (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment against Defendant Empire Springs Charter School is DENIED.

　　　JUDGMENT is therefore entered in favor of Defendant.

Dated: March 5, 2021

THE HONORABLE JESUS G. BERNAL
United States District Judge