# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Central District of California

U.S. District Court case number: 5:19-cv-01891-JGB-SP

Date case was first filed in U.S. District Court: 10/02/2019

Date of judgment or order you are appealing: 03/05/2021

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ⦿ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Janine Thomas

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

7215 Canby Avenue

City: Reseda   State: CA   Zip Code: 91335

Prisoner Inmate or A Number (if applicable):

**Signature**   /s/ Michael T. Stoller   **Date**   Mar 22, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Janine Thomas

Name(s) of counsel (if any):

Michael T. Stoller

Address: 7215 Canby Avenue, Reseda, CA 91335

Telephone number(s): 310-245-4028

Email(s): michael.stoller@stollerlawgroup.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⊙ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Empire Springs Charter School

Name(s) of counsel (if any):

Deborah R.G. Cesario
Stephanie S. Baril

Address: 10531 4S Commons Drive Suite 583, San Diego, CA 92127

Telephone number(s): 858-943-4200

Email(s): debbie@hatchcesariolaw-sd.com, stephanie@hatchcesariolaw-sd.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      *1*                                     *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                                    *New 12/01/2018*