

**FILED**

FEB 1 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANINE THOMAS, mother of J.T., a minor student, | No. 21-55284 |
| Plaintiff-Appellant, | D.C. No. 5:19-cv-01891-JGB-SP Central District of California, Riverside |
| v. | |
| EMPIRE SPRINGS CHARTER SCHOOL, | ORDER |
| Defendant-Appellee. | |

Before: RAWLINSON and WATFORD, Circuit Judges, and RAKOFF,[*] District Judge.

Appellant's Motion for Certification of Question of State Law to the California Supreme Court, filed January 26, 2022, is DENIED.

---

[*] The Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, sitting by designation.