UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANINE THOMAS, mother of J.T., a minor student,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>EMPIRE SPRINGS CHARTER SCHOOL,<br><br>   Defendant - Appellee. | No. 21-55284<br><br>D.C. No. 5:19-cv-01891-JGB-SP<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered January 19, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $22.80.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7