|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 10 2022 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JANINE THOMAS, mother of J.T., a minor student,<br><br>        Plaintiff-Appellant,<br><br>v.<br><br>EMPIRE SPRINGS CHARTER SCHOOL,<br><br>        Defendant-Appellee. | No. 21-55284<br><br>D.C. No.<br>5:19-cv-01891-JGB-SP<br>Central District of California,<br>Riverside<br><br>ORDER |

Before: RAWLINSON, Circuit Judge

      Appellees' opposed bill of costs (DE 38) is GRANTED. Costs are awarded in the amount of $ 22.80. Costs are allowed for six copies of the answering brief. *See* Fed. R. App. P. 39(a)(2) (if a judgement is affirmed, costs are taxed against the appellant). This order serves to amend the court's prior mandate.