UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 10 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JIMMY BANH, on behalf of themselves and all others similarly situated; et al., <br><br> Plaintiffs-Respondents, <br><br> v. <br><br> AMERICAN HONDA MOTOR CO., INC., <br><br> Defendant-Petitioner. | No.   20-80120 <br><br> D.C. No. <br> 2:19-cv-05984-RGK-AS <br> Central District of California, <br> Los Angeles <br><br> ORDER |

The parties' joint request to withdraw this petition, contained in the March 4, 2022 status report (Docket Entry No. 18) is granted. This petition is withdrawn.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Taylor
Deputy Clerk
Ninth Circuit Rule 27-7

AT/MOATT